# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| DYLAN BIGBIE, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> EOG RESOURCES, INC., § <br> § <br> Defendant. § | Civil Action No. 7:19-cv-00077-M-BP |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Defendant's 12(b)(5) Motion to Dismiss for Insufficient Service of Process, ECF No. 4, is **DENIED**, and Plaintiff is **ORDERED** to effect service of the Complaint or file a proper waiver of service on or before December 23, 2019.

**SIGNED this 4th day of December, 2019.**

_____
BARBARA M. G. LYNN
CHIEF JUDGE