IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **DYLAN BIGBIE**, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 7:19-cv-00077-M-BP |
| **EOG RESOURCES, INC.**, | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court has reviewed the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Because Plaintiffs filed an Amended Complaint, the Partial Motion to Dismiss is **DENIED** as moot, and the action may proceed on the Amended Complaint. Defendant's request for attorneys' fees and costs incurred in filing the Motion is also **DENIED.**

SIGNED this 22nd day of June, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE