IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **DYLAN BIGBIE,** *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 7:19-cv-00077-M-BP |
| **EOG RESOURCES, INC.,** | § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Defendant's Rule 41(B) Motion to Dismiss for Failure to Prosecute (ECF No. 37) is **GRANTED**, and Plaintiffs' claims against Defendant are **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute or comply with court orders.

**SO ORDERED** this 26th day of April, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE